

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re: Jonathan Scott Baker and Shannon
Compton d/b/a American Outdoor
Transportation

No. 06-13-00118-CV

Original Mandamus Proceeding

Opinion delivered by Chief Justice Morriss,
Justice Carter and Justice Moseley
participating.

As stated in the Court's opinion of this date, we find that Relators' petition for writ of mandamus should be granted. We direct the trial court to set aside its order granting a new trial, to set aside the order of nonsuit, and to enter judgment for Relators on the jury's verdict.

RENDERED JANUARY 7, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk